```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                      CENTRAL DIVISION at LEXINGTON
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. |
| | ) | 5:17-cr-96-JMH-CJS |
| Plaintiff, | ) | |
| | ) | Civil Case No. |
| v. | ) | 5:20-cv-373-JMH-CJS |
| | ) | |
| GARY L. THOMAS, | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| Defendant. | ) | |

\*\*\*

Gary L. Thomas filed a Motion to Vacate, Amend, or Correct Sentence Pursuant to 28 U.S.C. § 2255. [DE 32]. This matter was referred to United States Magistrate Judge Candace J. Smith for initial scrutiny, and she has recommended the Motion to Vacate [DE 32] be denied because it was untimely filed. [DE 41]. Although afforded the opportunity to do so, Thomas has failed to object to Magistrate Judge Smith's Report and Recommendation [DE 41]. As stated in Magistrate Judge Smith's Report and Recommendation [DE 41], "Failure to make a timely objection consistent with [28 U.S.C. § 636(b)(1)] and [Rules Governing Section 2255 Proceedings for the United States District Courts, Rule 8(b)] may, and normally will, result in waiver of further appeal to or review by the District Judge and Court of Appeals." [DE 41, at 8 (citing *Thomas v. Arn*, 474 U.S. 140, 155 (1985);

*United States v. Walters*, 638 F.2d 947, 950 (6th Cir. 1981))]. Accordingly,

**IT IS ORDERED** as follows:

(1) United States Magistrate Judge Candace J. Smith's Report and Recommendation [DE 41] is **ACCEPTED** and **ADOPTED** in its entirety as the Opinion of the Court;

(2) Gary L. Thomas's Motion to Vacate, Amend, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [DE 32] is **DENIED**;

(3) This action is **DISMISSED** and **STRICKEN** from the Court's docket;

(4) No certificate of appealability shall issue; and

(5) Judgment shall be entered contemporaneously with the present Memorandum Opinion and Order.

This 10th day of September, 2021.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge